RELIANCE LIFE INSURANCE COMPANY· v. JOHN J. MC-CASKILL.

171 So. 927.
Opinion Filed November 5, 1936.
Judgment Adhered to on Rehearing February 3, 1937.

*Doggett, McCollum, Howell & Doggett,* for Plaintiff in Error;

*Carter & Pierce,* for Defendant in Error.

PER CURIAM.—The judgment of the Circuit Court in this case is affirmed upon the authority of the opinion and decision in the case of The Pacific Mutual Life Insurance Company of California v. McCaskill, decided on October 31, 1936, during the present term.

It is so ordered.

WHITFIELD, C. J., and TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.